UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

Alfonso Springer,
           Plaintiff,

-vs-

ORDER

CV-05-1835(FB)(LB)

William Powers, Warden,

           Defendants.
-------------------------------------------------

On September 1, 2005 the *pro se* petitioner filed a motion for summary judgment. His pending petition pursuant to T. 28 U.S.C. Section 2254 is fully briefed and under advisement. Accordingly it is

       HEREBY ORDERED that *pro se* petitioner's motion is DENIED.

                                                  UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
            September 16, 2005

cc.: Alfonso Springer, *pro se* plaintiff